IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY L. FRANKLIN JR.,

    Petitioner,               No. CIV S-03-0279 RRB KJM P

    vs.

GAIL LEWIS,

    Respondent.            <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve objections to the February 24, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 13, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the February 24, 2006 findings and recommendations.

DATED: March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
fran0279.111