IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. FRANKLIN, JR.,<br><br>         Petitioner,<br><br>vs.<br><br>GAIL LEWIS,<br><br>         Respondent. | No. 2:03-CV-0279-RRB-KJM-P<br><br>**ORDER** |

   Petitioner Johnny L. Franklin, Jr. ("Petitioner"), a state prisoner proceeding pro se, has timely filed a Notice of Appeal (Docket No. 26) of the Court's May 16, 2006, denial of his application for writ of habeas corpus (Docket No. 23). However, before Petitioner can appeal the Court's decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 22 U.S.C. § 2253(c)(2)(emphasis added). Consequently, the Court "must either issue a certificate of appealability[, indicating which issues satisfy the required

ORDER DENYING PETITION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY - 1
2:03-CV-00279-RRB-KJM-P

showing,] or state why a certificate should not issue." Fed. R. App. P. 22(b).

For the reasons set forth in Magistrate Judge Mueller's February 24, 2006, Findings and Recommendations (Docket No. 19), the Court concludes Petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

ENTERED this 26th day of June, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY - 2
2:03-CV-00279-RRB-KJM-P